IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROUND POUNDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY,<br><br>Defendant. | 4:25CV3097<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

    The Court grants the parties' Joint Motion to Amend Case Progression Order. Filing No. 21.

    Accordingly,

    IT IS ORDERED that the final progression order is as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for April 7, 2026 is continued and will be held with the undersigned magistrate judge on **June 9, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for moving to amend pleadings or add parties is January 30, 2026.

3) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 31, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by November 14, 2025.

1

> **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is March 31, 2026.

5) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   Expert Reports:          April 30, 2026.

   Rebuttal:                May 20, 2026.

6) The fact deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 13, 2026. The expert deposition deadline is July 3, 2026.

   a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 8.

   b. Depositions will be limited by Rule 30(d)(1).

7) The deadline for filing motions to dismiss and motions for summary judgment is August 14, 2026.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 24, 2026.

9) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

10) **The parties agree any mediation shall be completed by April 30, 2026.**

11) All other deadlines and provisions in the Court's prior final progression

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

order, Filing No. 17, not amended herein remain unchanged.

Dated this 12th day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge