IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROUND POUNDERS, INC., | **4:25CV3097** |
| Plaintiff, | |
| vs. | |
| MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY, | **FINAL PROGRESSION ORDER (AMENDED)** |
| Defendant. | |

IT IS ORDERED that the joint motion to amend, Filing No. 27, is granted. The final progression order, Filing No. 25, is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for September 8, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **November 10, 2026** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is August 28, 2026.

3)    The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

Expert Reports:              September 28, 2026.

Rebuttal:                    October 19, 2026.

4)    The fact deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 10, 2026. The expert deposition deadline is November 30, 2026.

5)    The deadline for filing motions to dismiss and motions for summary judgment is January 12, 2027.

6)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 21, 2026.

7)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)    All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 15th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge