IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GROUND POUNDERS, INC.,

Plaintiff,

vs.

MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY,

Defendant.

**4:25CV3097**

**FINAL PROGRESSION ORDER (AMENDED)**

After holding a teleconference with counsel for the parties to discuss case progression, the Court grants the parties' Joint Motion to Amend the final progression order. Filing No. 30.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for November 10, 2026 is continued and will be held with the undersigned magistrate judge on **January 26, 2027** at **3:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is November 16, 2026.

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| Expert Reports: | December 15, 2026. |
| Rebuttal: | January 5, 2027. |

4) The fact deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 27, 2026. The expert deposition deadline is February 16, 2027.

5) The deadline for filing motions to dismiss and motions for summary judgment is March 31, 2027.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 9, 2027.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 4th day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.